AO 91 (Rev. 11/11) Criminal ComplaintAUSA LeighAnn M. Thomas (312) 613-9000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NUMBER: 24 CR 37 |
| MOHAMED WORKU | |

**FILED**
1/23/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 22, 2024, in Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation, took from the person and presence of a bank employee approximately $2,068 in United States currency belonging to and in the care, custody, control, management, and possession of Citi Bank, 2001 North Halsted Street in Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |
| Title 18, United States Code, Section 2113(b) | with intent to steal, took and carried away, money in exceeding $1,000 belonging to, and in the care, custody and control of Citi Bank, 2001 North Halsted Street in Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Christopher Graham*

CHRISTOPHER GRAHAM
Special Agent
Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 23, 2024

*Judge's signature*

City and state: Chicago, IllinoisGABRIEL A. FUENTES, U.S. Magistrate
*Printed name and title*
Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

# AFFIDAVIT

I, CHRISTOPHER GRAHAM, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2021. My current responsibilities include the investigation of violent crimes, including, among others, bank robbery, kidnapping, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that MOHAMED WORKU ("WORKU") has committed bank robbery, in violation of Title 18, United States Code, Section 2113(a); and bank theft, in violation of Title 18, United States Code, Section 2113(b) (the "**Subject Offenses**"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WORKU with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents who have knowledge of the events and circumstances described herein, law enforcement records, interviews of witnesses, my review of surveillance video screenshots, my training and experience, and the training and experience of other law enforcement agents.

## I. FACTS SUPPORTING PROBABLE CAUSE

4. In summary, and as set forth in more detail below, on January 22, 2024, at approximately 1:59 p.m., WORKU used a demand note to take $2,068 from an employee of Citi Bank, located at 2001 North Halsted Street in Chicago, Illinois ("Citi Bank"). At approximately 2:43 p.m., Chicago Police Department ("CPD") Officers identified and stopped WORKU, who matched descriptions given from Citi Bank employees. United States Currency ("USC") was found in a backpack in WORKU's possession. At approximately 2:52 p.m., a Citi Bank employee provided a positive identification of WORKU as the individual who robbed Citi Bank. WORKU was subsequently placed under arrest.

### A. Robbery of Citi Bank on January 22, 2024

5. According to Employee A, an employee of Citi Bank, a black male entered Citi Bank wearing a mask (the "SUBJECT"). The SUBJECT attempted to follow Employee A into a back office. Employee A then told the SUBJECT he had to go to a teller window. At the teller window, the SUBJECT passed Employee A a demand note. The demand note stated, "Please Give me the money I'll pay it back soon Banker's Gife to me in advance". Below is a photo of the demand note that was left at the bank:



6. Employee A indicated she was concerned about the possible escalation of the situation, so she quickly gave the SUBJECT USC belonging to Citi Bank from his/her teller drawer. The SUBJECT did not say anything while in the bank.

7. Employee A described the SUBJECT as a black male with a thin build, approximately 5'7", and appeared to be mid-20s. Employee A further described that the SUBJECT was wearing dark denim jeans, a navy blue rain coat, a neon green beanie-style cap, a blue disposable surgical face mask, neon green gloves and black shoes.

8. A subsequent audit performed by bank employees revealed that approximately $2,068 had been removed from Employee A's teller drawer.

9. According to information obtained from the bank, the deposits of Citi Bank were insured by the Federal Deposit Insurance Corporation at the time of the robbery.

10. As a part of this investigation, I personally viewed still images from the video surveillance at Citi Bank from the date and time of the robbery. Those still images show that the SUBJECT was a black male wearing what appear to be blue jeans, a dark jacket, a blue surgical mask, neon-colored gloves, and dark shoes with white soles. Timestamps from the images show that the SUBJECT was in Citi Bank and approached Employee A's teller window at approximately 1:59 p.m. After the robbery, the SUBJECT departed the Citi Bank on foot. The individual in the still images matched the description of the SUBJECT provided by Employee A. Images of the SUBJECT have been reproduced below:



4



B.     Robber Identified as WORKU

11.    Approximately 44 minutes after the robbery, CPD Officers who were patrolling the surrounding areas of Citi Bank observed and identified an individual (subsequently identified as MOHAMED WORKU, as set forth below) near the intersection of North Sedgwick Street, West Armitage Avenue, and North Lincoln Avenue in Chicago, Illinois.  According to Google Maps, that location is approximately .5 miles from the Citi Bank.

12.    Based on the description provided by Employee A to responding CPD Officers, the patrolling CPD Officers were aware that the Subject was a dark skinned black male, with a thin build, approximately 5'7", and mid-20s.  Patrolling CPD Officers were further informed that, based on Employee A's description, the Subject was wearing a blue raincoat, jeans, lime green gloves, a face mask, and a green hat.  The CPD Officers observed that an individual (later identified as WORKU) was a

5

dark skinned male black consistent with the physical description provided by Employee A, was wearing dark denim jeans, and a dark coat. He was not wearing a hat, gloves or mask at that time.

13. CPD Officers drove alongside WORKU while he was walking and spoke to him through the police vehicle window. CPD Officers told WORKU that he matched the description of an individual involved in a bank robbery that had just occurred and instructed him to stop walking and talk to them. WORKU disregarded CPD Officers' commands to stop walking and speak with them, and kept trying to walk away. At that point, CPD Officers parked and exited the vehicle, and approached WORKU on foot. At approximately 2:43 p.m., CPD Officers detained WORKU.

14. CPD Officers observed in plain view, a green hat and green gloves protruding from WORKU's coat pockets. During a subsequent search, CPD Officers found a blue surgical mask in the back pocket of WORKU's jeans. These items matched the description of the neon green gloves, disposable blue surgical mask and neon green hat from the Citi Bank robbery.



15. CPD Officers also found approximately $1,848.22 in WORKU's possession. WORKU had Federal Prison paperwork in his possession which identified him as Mohamed WORKU. According to CPD Officers, at approximately 2:52 p.m.., CPD Officers drove Employee A to the intersection of North Sedgwick Street, West Armitage Avenue, and North Lincoln Avenue in Chicago, Illinois where WORKU was in custody. Employee A identified WORKU as the person who had robbed the Citi Bank.

16. Law enforcement canvassed surrounding businesses for surveillance video. A review of security camera footage at the Target store located at 555 W Webster Avenue, Chicago, Illinois (approximately 0.5 miles from Citi Bank) showed the following: at approximately 2:05 p.m., a black male wearing a green hat, dark blue jacket over a blue hooded shirt, green gloves, blue jeans, and black shoes with white soles walked into the Target store while carrying a black duffel-style bag. At approximately 2:07 p.m. he approached a checkout counter where he purchased multiple articles of clothing and a backpack. After completing the transaction, he proceeded to a women's clothing area near the store checkout area and grabbed a black jacket. He returned to the point of sale and purchased the black jacket. Prior to exiting the store, he removed his dark blue jacket, put on the black jacket, and placed the dark blue jacket and the black bag in a wastebasket near the store entrance. At approximately 2:16 p.m., surveillance video shows him exiting the store wearing a green hat, a black jacket over a blue shirt, green gloves, blue jeans, and black sneakers with white soles while now carrying the backpack that he just purchased.

Below are still images from the surveillance video which show his appearance when he entered the store, and when he exited the store.



2:05:06 p.m.



2:16:05 p.m

8

17. The following still images show the dark blue jacket and duffel-style bag that WORKU discarded after purchasing the black jacket which he then changed into.



18. On January 22, 2024, at approximately 4:45 p.m., FBI conducted a video-recorded interview of WORKU. WORKU was advised of his rights pursuant to *Miranda*. WORKU was not willing to answer questions from FBI, so the interview was terminated.

## II. CONCLUSION

19. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about January 22, 2024, at Chicago, in the Northern District of Illinois, Eastern Division, WORKU:

    a. by intimidation, took from the person or presence of a bank employee, approximately $2,068 in United States Currency belonging to and in the

9

care, custody, control, management, and possession of Citi Bank, located at 2001 North Halsted Street in Chicago, Illinois, the deposits of which were insured by the Federal Deposit Corporation, in violation of Title 18, United States Code, Section 2113(a); and

    b. with intent to steal, took and carried away, money in exceeding $1,000 belonging to, and in the care, custody and control of Citi Bank, 2001 North Halsted Street in Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

FURTHER AFFIANT SAYETH NOT.

*Christopher Graham*

CHRISTOPHER GRAHAM
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone January 23, 2024.

Honorable GABRIEL A. FUENTES
United States Magistrate Judge

10