# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                       Case No.: 1:24–cr–00037

                                                                   Honorable Matthew F. Kennelly

Mohamed Worku

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly as to Mohamed Worku: In person sentencing hearing held on 4/2/2025. Defendant's motion for a new trial and judgment of acquittal [74] is denied for the reasons stated in open court. The government's motion for forfeiture [88] is granted. Preliminary Order of Forfeiture to follow. The case is set for a continued sentencing hearing on 4/7/2025 at 11:00 a.m. The hearing will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear for the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.